IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENGINEERING AND CONSTRUCTION CO., INC., <br><br> Plaintiff <br><br> v. <br><br> ENCOMPASS POWER SERVICES, INC. and AMERICAN ARBITRATION ASSOCIATION, <br><br> Defendants. <br>_____/ | CIV. NO. S-05-1383 DFL GGH <br><br><br><br><br><br><br><br><br><br> RELATED CASE ORDER |
| NORTH AMERICAN CAPACITY INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> ENCOMPASS POWER SERVICES, INC., CONTINENTAL CASUALTY COMPANY; COLUMBIA CASUALTY COMPANY, ZURICH AMERICAN INSURANCE, and DOES 1 through 100, inclusive, <br><br> Defendants. <br>_____/ | CIV. NO. S-05-1587 MCE GGH |

Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 83-123

1  (E.D. Cal. 2005). Accordingly, the assignment of the matters to
2  the same judge and magistrate judge is likely to effect a
3  substantial savings of judicial effort and is also likely to be
4  convenient for the parties.

5  The parties should be aware that relating the cases under
6  Local Rule 83-123 merely has the result that these actions are
7  assigned to the same judge and magistrate judge; no consolidation
8  of the actions is effected.  Under the regular practice of this
9  court, related cases are generally assigned to the judge and
10 magistrate judge to whom the first filed action was assigned.

11 IT IS THEREFORE ORDERED that the action denominated CIV. NO.
12 S-05-1587 be reassigned to Judge David F. Levi and Magistrate
13 Judge Gregory G. Hollows for all further proceedings, and any
14 dates currently set in this reassigned case _only_ are hereby
15 VACATED.  The parties are referred to the attached Order
16 Requiring Joint Status Report.  Henceforth, the caption on
17 documents filed in the reassigned case shall be shown as CIV. NO.
18 S-05-1587 DFL GGH.

19 IT IS FURTHER ORDERED that the Clerk of the Court make
20 appropriate adjustment in the assignment of civil cases to
21 compensate for this reassignment.

22 IT IS SO ORDERED.
23 DATED: 10/26/2005

          /s/ David F. Levi
          DAVID F. LEVI
          United States District Judge