IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENGINEERING AND CONSTRUCTION CO., INC.<br><br>    Plaintiff,<br><br>    v.<br><br>ENCOMPASS POWER SERVICES, INC. and AMERICAN ARBITRATION ASSOCIATION,<br><br>    Defendants. | CIV-S-05-1383 DFL GGH<br><br>MEMORANDUM OF OPINION AND ORDER |

    Engineering & Construction Co. (ECCO) seeks to enjoin Encompass Power Services, Inc. f/k/a EDG Power Group, Inc. (EDG) from compelling ECCO to participate in arbitration proceedings in Texas.  However, EDG filed suit against ECCO in Texas state court before ECCO filed this action against EDG.  ECCO subsequently removed the Texas action to federal court.  Now the parties are litigating the same issues in two federal courts.  In fact, the federal court in Texas has already decided the central issue in the present motion: whether ECCO is subject to personal

jurisdiction in Texas.  See <u>Encompass Power Servs., Inc. f/k/a EDG Power Group, Inc. v. Eng'g & Constr. Co., Inc.</u>, CIVIL ACTION NO. H-05-2759, slip op. at 5 (S.D. Tex. Oct. 1, 2005).

"In all cases of concurrent jurisdiction, the court which has first possession of the subject matter must decide it." <u>Smith v. McIver</u>, 22 U.S. 523, 535 (1824)(Marshall, C.J.). Therefore, in the interests of comity and judicial economy, this action is STAYED pending the outcome of the Texas suit.

IT IS SO ORDERED.

Dated: 11/11/2005

_____
DAVID F. LEVI
United States District Judge