| | |
|---|---|
| 1  Jeffrey D. Lyddan, No. 91676<br>   Don Willenburg, No. 116377<br>2  A. David Bona, No. 209605<br>   **CARROLL, BURDICK & McDONOUGH LLP**<br>3  Attorneys at Law<br>   44 Montgomery Street, Suite 400<br>4  San Francisco, CA  94104<br>   Telephone:   415.989.5900<br>5  Facsimile:   415.989.0932 | **FILED**<br><br>MAR 2 7 2006<br><br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY _____<br>            DEPUTY CLERK |

6  jlyddan@cbmlaw.com; dwillenburg@cbmlaw.com; dbona@cbmlaw.com

7  Attorneys for Defendant
   Encompass Power Services, Inc.

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENGINEERING AND<br>CONSTRUCTION CO., INC.,<br><br>              Plaintiff,<br><br>       v.<br><br>ENCOMPASS POWER SERVICES,<br>INC.,<br><br>              Defendant. | 05-1383<br><br>No. CV 04-1234 DFL-GGH<br><br>**SUBSTITUTION OF COUNSEL;<br>ORDER THEREON** |

Pursuant to Local Rule 83-182, defendant Encompass Power Services, Inc. hereby requests approval of substitution of counsel as follows.  Service of any and all papers in this case should henceforth be directed to the counsel substituting in identified in paragraph 2 below.

   1.     Former counsel substituting *out*:
          David C. Kent
          Wayne B. Mason
          Colin Roth Batchelor
          Sedgwick, Detert, Moran & Arnold LLP
          171 Main Street Suite 5400
          Dallas, TX 75201

          -- and --

CBM-SF\SF291320.1

SUBSTITUTION OF COUNSEL; ORDER THEREON

1
2  Stephanie Anne Sheridan
   Sedgwick, Detert, Moran & Arnold LLP
3  One Market Plaza
   11th Floor, Steuart Street Tower
4  San Francisco, CA 94105
5
6  2.  New counsel substituting *in*:
7  Jeffrey D. Lyddan
   Don Willenburg
8  A. David Bona
   Carroll, Burdick & McDonough LLP
9  44 Montgomery Street, Suite 400
   San Francisco, CA  94104
10 Telephone:  (415) 989-5900  Fax:  (415) 989-0932
11 -- and --
12
   Thomas C. Wright
13 Wright Brown & Close, LLP
   Three Riverway, Suite 600
14 Houston, Texas 77056
   Telephone:  (713) 572-4321  Fax:  (713)  572-4320
15
16
17                        CONSENT
18
19 I consent to this substitution on behalf of Sedgwick, Detert, Moran & Arnold
20 LLP.
21 Date: March 1, 2006        By: /s/ David C. Kent
22
23
24                        CONSENT
25 I consent to this substitution on behalf of Carroll, Burdick & McDonough LLP.
26
27 Date: MARCH 6, 2006        By: /s/ Don Willenburg
                                    Don Willenburg
28

CBM-SF\SF291320.1               -2-

SUBSTITUTION OF COUNSEL; ORDER THEREON

## CONSENT

I consent to this substitution on behalf of Wright Brown & Close, LLP.

Date: March 1, 2006         By: _____
                                  Thomas C. Wright

## CONSENT

I consent to this substitution on behalf of Encompass Power Services, Inc.

Date: March 1, 2006         By: _____
                                  John A. Hale, Disbursing Agent

## ORDER

IT IS SO ORDERED.

Date: 3/27, 2006            _____
                            Hon. David F. Levi

CBM-SF\SF291320.1                    -3-

SUBSTITUTION OF COUNSEL; ORDER THEREON