ANDREA M. MILLER [SBN: 88992]
**NAGELEY, MEREDITH & MILLER, INC.**
8001 Folsom Boulevard, Suite 100
Sacramento, CA  95826
Telephone: (916) 386-8282
Facsimile:   (916) 386-8952

Attorneys for Plaintiff ENGINEERING & CONSTRUCTION CO., INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENGINEERING & CONSTRUCTION CO., <br><br>  Plaintiff, <br><br>  vs. <br><br> ENCOMPASS POWER SERVICES INC., and AMERICAN ARBITRATION ASSOCIATION, <br><br>  Defendant. | Case No.:  05-CV-01383-RRB-GGH <br><br> **REQUEST FOR DISMISSAL (F.R.CIV.P. 41(A)(2)** |

   Plaintiff Engineering & Construction Co., Inc. filed its complaint in the above-captioned matter on July 8, 2005.  On November 11, 2005, a Memorandum of Opinion and Order the Court issued in which it stayed the matter pending resolution of proceedings pending in the District Court for the Southern District of Texas.

   Pursuant to the attached Notice, the matter pending in Texas was resolved by an arbitration decision, as evidenced by Exhibit 1 hereto.  Plaintiff therefore respectfully requests that the Court issue an Order dismissing this matter pursuant to Federal Rule of

///

///

- 1 -

PDF created with pdfFactory trial version www.pdffactory.com

Civil Procedure section 41(a)(2).[1]

DATED:  August 16, 2007                              NAGELEY, MEREDITH & MILLER, INC.

                                                                        /S/ ANDREA M. MILLER
                                                          By: _____
                                                                    ANDREA M. MILLER
                                                                    Attorneys for Plaintiff
                                                          ENGINEERING & CONSTRUCTION CO., INC

## **ORDER**

The Court, having reviewed the request for dismissal and being fully apprised of the facts and circumstances hereby determines that this case should be dismissed pursuant to Federal Rule of Civil Procedure 41(a)(2).  The Clerk of the Court shall enter the dismissal.

IT IS SO ORDERED.

DATED:  August 17, 2007

                                                                    /s/ Ralph R. Beistline
                                                                    Hon. Ralph R. Beistline

---

[1] The Order requested may be deemed necessary insofar as although defendants never submitted an Answer to the Complaint, they did respond through a Motion to Dismiss that was unresolved other than the foregoing Stay Order.

PDF created with pdfFactory trial version www.pdffactory.com